**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01645-REB-KLM

NEW BENEFITS, LTD, a Texas limited partnership,

    Plaintiff,

v.

HEALTHTRAN, LLC, d/b/a Healthtrans, a Delaware limited liability company,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation of Dismissal** [#18][1] filed September 30, 2011. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal** [#18] filed September 30, 2011, is **APPROVED**; and

    2. That this action is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated September 30, 2011, at Denver, Colorado.

                                                                    BY THE COURT:

                                                                    */s/ Robert E. Blackburn*
                                                                    Robert E. Blackburn
                                                                    United States District Judge

---

[1] "[#18]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.